UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>         Plaintiffs,<br><br>    v.<br><br>YUN BURNSIDE, et al.,<br><br>         Defendants. | Case No.  1:22-cv-00113-JLT-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 8) |

On March 21, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. (ECF No. 8). In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:  **March 22, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE